[No. 55638-0-I.  Division One.  May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT DEAN CULP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-06672-7, Anthony P. Wartnik, J., entered November 25, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.

[No. 55741-6-I.  Division One.  May 1, 2006.]

*In the Matter of the Estate of* IRENE L. HODGSON.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-4-00404-2, Linda C. Krese, J., entered December 9, 2004 and January 19, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Grosse, JJ.

[No. 55891-9-I.  Division One.  May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD LINDSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-06086-7, John P. Erlick, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ.

[No. 55894-3-I.  Division One.  May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRELL JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-01692-1, Paris K. Kallas, J., entered March 1, 2005. *Affirmed* by unpublished per curiam opinion.